UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APARTMENT ASSOCIATION OF LOS ANGELES COUNTY, INC., ) ) ) ) Plaintiff, ) ) v. ) ) CITY OF LOS ANGELES ET AL, ) ) ) ) ) Defendants. ) ) ) ) ) ) ) ) | Case No. CV 20-5193-DDP-JEM<br><br>**ORDER SETTING SCHEDULING CONFERENCE**<br><br>Scheduling Conference as follows:<br><br>Day:     Monday<br>Date:    September 14, 2020<br>Time:    1:30 p.m. |

    This matter is set for a scheduling conference in Courtroom 9C, before the Honorable Dean D. Pregerson, located at 350 West 1st Street, Los Angeles, California 90012.  The conference will be held pursuant to Federal Rules of Civil Procedure 16(b).  Lead trial counsel shall attend the scheduling conference.

    The parties are reminded of their obligations to disclose

information and confer on a discovery plan not later than twenty-one (21) days prior to the scheduling conference and file a report with the Court entitled "Rule 26(f) Report", not later than fourteen (14) days after they confer as required by Federal Rule of Civil Procedure 26 and the Local Rules of this Court.  Failure to comply may lead to the imposition of sanctions.

    IT IS SO ORDERED.

**Dated: August 12, 2020**

_____
**DEAN D. PREGERSON**
**United States District Judge**

2