1  Douglas J. Dennington (State Bar No. 173447)
   ddennington@rutan.com
2  John A. Ramirez (State Bar No. 184151)
   jramirez@rutan.com
3  Peter J. Howell (State Bar No. 227636)
   phowell@rutan.com
4  Kelsey Quist (State Bar No. 309876)
   kquist@rutan.com
5  RUTAN & TUCKER, LLP
   18575 Jamboree Road, 9th Floor
6  Irvine, CA 92612
   Telephone:   714-641-5100
7  Facsimile:   714-546-9035

8  Attorneys for Plaintiff
   APARTMENT ASSOCIATION OF LOS
9  ANGELES COUNTY, INC., dba "APARTMENT
   ASSOCIATION OF GREATER LOS ANGELES,"

10

11                 UNITED STATES DISTRICT COURT

12                 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  APARTMENT ASSOCIATION OF<br>LOS ANGELES COUNTY, INC., dba<br>14  "APARTMENT ASSOCIATION OF<br>GREATER LOS ANGELES,", | Case No. 2:20-cv-05193-DDP-JEM<br><br>*Judge: Hon. Dean D. Pregerson*<br>Dept:  9C |
| 15              Plaintiff, | **PRELIMINARY INJUNCTION<br>APPEAL** |
| 16         vs. | **[NINTH CIRCUIT RULE 3-3]** |
| 17  CITY OF LOS ANGELES; ERIC<br>18  GARCETTI, in his official capacity as<br>Mayor of Los Angeles; and CITY<br>19  COUNCIL OF THE CITY OF LOS<br>ANGELES, in its official capacity;<br>20  DOES 1 through 25, inclusive, , | **\* EXPEDITED BRIEFING<br>SCHEDULE REQUESTED**<br><br>Date Action Filed:  June 11, 2020<br>Trial Date:          Not Set |
| 21              Defendant; | |
| 22  ALLIANCE OF CALIFORNIANS FOR<br>COMMUNITY EMPOWERMENT<br>23  ACTION and STRATEGIC ACTIONS<br>FOR A JUST ECONOMY, | |
| 24              Intervenor-Defendants. | |

25

26

27

28

Rutan & Tucker, LLP
attorneys at law

2590/036254-0001
15813936.2 a11/25/20                    -1-

Case No.  2:20-cv-05193-DDP-JEM
PLAINTIFF'S NOTICE OF APPEAL

1        TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL

2   OF RECORD:

3        Plaintiff APARTMENT ASSOCIATION OF LOS ANGELES COUNTY,

4   INC., dba "APARTMENT ASSOCIATION OF GREATER LOS ANGELES,"

5   ("AAGLA") appeals to the United States Court of Appeal for the Ninth Circuit from

6   the Order Denying Plaintiff's Motion for Preliminary Injunction of the District

7   Court, dated November 13, 2020 and entered on November 13, 2020 (Docket No.

8   80) (the "Order").  True copies of the Order as well as a copy of the District Court's

9   on-line docket, are attached to this Notice as Exhibits "A," and "B" respectively.

10

11   Dated:  November 25, 2020         RUTAN & TUCKER, LLP
                               DOUGLAS J. DENNINGTON
12                             JOHN A. RAMIREZ
                               PETER J. HOWELL
13                             KELSEY QUIST

14                             By:      /s/ Douglas J. Dennington

15                             Douglas J. Dennington
                               Attorneys for Plaintiff
16                             APARTMENT ASSOCIATION OF
                               LOS ANGELES COUNTY, INC., dba
17                             "APARTMENT ASSOCIATION OF
                               GREATER LOS ANGELES,"

18

19

20

21

22

23

24

25

26

27

28

Rutan & Tucker, LLP
attorneys at law

2590/036254-0001
15813936.2 a11/25/20          -2-          Case No.  2:20-cv-05193-DDP-JEM
                                                    PLAINTIFF'S NOTICE OF APPEAL