FILED

NOV 27 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| APARTMENT ASSOCIATION OF LOS ANGELES COUNTY, INC., DBA Apartment Association of Greater Los Angeles,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>CITY OF LOS ANGELES; et al.,<br><br>        Defendants-Appellees,<br><br> and<br><br>ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT ACTION; STRATEGIC ACTIONS FOR A JUST ECONOMY,<br><br>        Intervenor-Defendants-Appellees. | No. 20-56251<br><br>D.C. No. 2:20-cv-05193-DDP-JEM Central District of California, Los Angeles<br><br>ORDER |

The appeal filed November 25, 2020 is a preliminary injunction appeal. Accordingly, Ninth Circuit Rule 3-3 shall apply.

The mediation questionnaire is due three days after the date of this order.

If they have not already done so, within 7 calendar days after the filing date of this order, the parties shall make arrangements to obtain from the court reporter

LCC/MOATT

an official transcript of proceedings in the district court that will be included in the record on appeal.

The briefing schedule shall proceed as follows: the opening brief and excerpts of record are due not later than December 23, 2020; the answering briefs are due January 20, 2021 or 28 days after service of the opening brief, whichever is earlier; and the optional reply brief is due within 21 days after service of the last-served answering brief. *See* 9th Cir. R. 3-3(b).

No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(3). Any request for an extension of time to file a brief must be made by written motion under Ninth Circuit Rule 31-2.2(b).

Failure to file timely the opening brief shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7